IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN THURSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>CHERRY HILL TRIPLEX,<br><br>    Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil No. 06-3862 (JBS)<br><br>**ORDER** |

This matter having come before the Court upon the motion for summary judgment of Defendant Cherry Hill Triplex [Docket Item 11]; and this Court having considered the parties' submissions in support of and in opposition thereto; and for the reasons expressed in the Opinion of today's date; and for good cause shown;

**IT IS** this 5th day of **August, 2008** hereby

**ORDERED** that Defendant's motion for summary judgment shall be, and hereby is, **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's motion for summary judgment as to Count II of the Complaint is <u>denied</u>; and

2. Defendant's motion for summary judgment as to Count I and III of the Complaint is <u>granted</u>.

*/s/ Jerome B. Simandle*
JEROME B. SIMANDLE
United States District Judge